No. 00–5888.  MAGGARD v. UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 00–5889.  KREISEL v. UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 00–5894.  VELEZ v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 00–5900.  BOCOOK v. HUFFMAN, WARDEN.  C. A. 6th Cir. Certiorari denied.

No. 00–5916.  GEVEDON v. UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 00–5919.  GUITERREZ-ROJAS v. UNITED STATES; and
No. 00–5924.  GONZALEZ-OCHOA v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.  Reported below: 229 F. 3d 1160.

No. 00–5922.  WRIGHT v. UNITED STATES; and
No. 00–5923.  WRIGHT v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.  Reported below: 211 F. 3d 233.

No. 00–5927.  TESSARI v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 00–5940.  NADAL v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 00–5941.  BERRY v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 99–1720.  WOODFORD, ACTING WARDEN v. ASHMUS.  C. A. 9th Cir.  Motion of respondent for leave to proceed in forma pauperis granted.  Certiorari denied.

No. 99–1725.  TENNESSEE v. BROWN.  Sup. Ct. Tenn.  Motion of respondent for leave to proceed in forma pauperis granted. Certiorari denied.

No. 99–1896.  TERHUNE, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS, ET AL. v. SHUAIBE, AKA GUILLORY.  C. A. 9th Cir.  Motion of respondent for leave to proceed in forma pauperis granted.  Certiorari denied.